No. 565. GANDÍA, RECURRENTE, *v.* REGISTRADOR DE SAN JUAN, SECCIÓN PRIMERA, Recurrido. Resuelto en mayo 11, 1923. Denegatoria de inscripción con defecto subsanable. Examinado el alegato del recurrente, el artículo 1316 del Código Civil y los casos citados por el Registrador en su alegato, *Sánchez et al.,* v. *Registrador,* 28 D. P. R. 669, y *Dooley* v. *Registrador,* 12 D. P. R. 210 se confirma la nota.

No. 3051. JORGE, APELADO, *v.* RODRÍGUEZ ET AL., APELANTES. — Corte de Distrito de San Juan, Distrito Segundo. Resuelto en mayo 11, 1923. Vista la moción de desistimiento presentada por el apelante Castro, se le tiene por desistido de la apelación.

No. 2845. CENTRAL PASTO VIEJO, INC., TERCERISTA, APELANTE, *v.* BARNÉS ET AL., DEMANDADOS Y APELADOS. — Corte de Distrito de Humacao. Mayo 11, 1923. Examinados los autos el único error alegado, "que la corte cometió error al no condenar en costas a * * * abusando así de su poder discrecional"; no apareciendo que el error consignado sea tan manifiesto que requiera la revocación, se confirma la sentencia.

No. 2851. BATISTA, APELANTE, *v.* BATISTA ET AL., APELADOS.—Corte de Distrito de San Juan, Primer Distrito. Resuelto en mayo 21, 1923. División de comunidad de bienes. Siendo la prueba contradictoria y alegándose como único error que hubo pasión, prejuicio y parcialidad en la apreciación de la corte inferior sin que en el alegato del apelante se expresen los hechos ni aparezcan las pruebas para sostener el error alegado, se resuelve confirmar la sentencia.

No. 1433. GUILBOT, APELANTE, *v.* LIPPITT, COMISIONADO, APELADO.—Corte de Distrito de San Juan, Primer Distrito. Resuelto en mayo 22, 1923. Vista la moción de desistimiento presentada por el apelante, se resuelve tenerle por desistido.